**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF GEORGIA**

**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR413-203 |
| ) | |
| DEMETRIUS ALLEN HALL ) | |

## REPORT AND RECOMMENDATION

On June 2, 2014 the Court ordered a forensic psychological examination of defendant Demetrius Allen Hall in accordance with 18 U.S.C. § 4241(a) and (b) to assess both his mental competency for trial and his criminal responsibility for the charged offense. (Doc. 90.) Pursuant to the Court's order, Hall underwent a comprehensive psychological evaluation at the Federal Correctional Institution in Butner, North Carolina. His evaluators found that he is competent to stand trial and was sane at the time of the offense. (Doc. 99.)

Both defendant and the government stipulate to the report's findings. (Doc. 118.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a

mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this \_\_13TH\_\_ day of November, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA