FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JAN -5 AM 10: 42

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR413-203
)
DEMETRIOUS ALLEN HALL, )
)
Defendant. )
)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 125). After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, the Court finds that Defendant Demetrious Allen Hall is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 28th day of December 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA